IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SABRINA CARMICHAEL, *Plaintiff,* v. CITY OF PHILADELPHIA, *Defendant.* | Case No. 2:21-cv-00267-JDW |

## ORDER

**AND NOW,** this 27th day of August, 2021, upon notice that Plaintiff and Defendant in the above-captioned matter have settled Plaintiff's individual claims, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(2) and Local Rule of Civil Procedure 41.1(b).  Each party shall bear her or its own costs and attorneys' fees.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.